ANNA M. DOYLE ET AL., APPELLANTS, V. EMMA G. PREHN, APPELLEE.

FILED DECEMBER 11, 1931. No. 27955.

*P. I. Harrison* and *J. L. Richards*, for appellants.

*Finlayson, Burke & McKie* and *Leslie J. Taylor, contra.*

Heard before ROSE, GOOD and DAY, JJ., and CHAPPELL and LANDIS, District Judges.

PER CURIAM.

This is an appeal from a decree of the district court for Thayer county denying partition of certain real estate described in the petition.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.